**FILED**

March 9, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
     Plaintiff,                       )
                                         )
v.                                       )
                                         )
Jeffrey W. Fox,,                         )
                                         )
_____  )
     Defendant.

Case No.  2:06-mj-72 KJM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jeffrey W. Fox  Case No. 2:06-mj-72 KJM

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    X   Release on Personal Recognizance

    _   Bail Posted in the Sum of _____

          _   Unsecured Appearance Bond

          _   Appearance Bond with 10% Deposit

          _   Appearance Bond secured by Real Property

          _   Corporate Surety Bail Bond

    X   (Other) PTS conditions/supervision

Issued at _Sacramento, CA_ on 3/9/06_____   at _2:10 p.m._.

By _____

    Kimberly J. Mueller
    United States Magistrate Judge